UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA JACQUES BOWENS,

  Plaintiff,

v.            Case No.  3:22cv3003-LC-HTC

Officer GREENE,
Officer OLIVER,
Officer PERKINS,

  Defendants.
_____/

**DEPARTMENT OF CORRECTIONS' NOTICE TO COURT
REGARDING SERVICE OF PROCESS FOR DEFENDANT[1]**

The Court's order, dated April 27, 2022 (Doc. 13), directs the Department of Corrections (the "Department"), **within thirty (30) days from date of order**, to inform the USMS in confidence of the last known non-institutional or home address for Defendant James Oliver for service, if Oliver no longer works at the Department. The Department advises that he is no longer employed with the Department and his last known address will be provided to the United States Marshals Service in confidence.

            Respectfully submitted,

            /s/ Adam D.G. Wright
            ADAM D.G. WRIGHT
            Assistant General Counsel
            Florida Bar No. 110114
            Department of Corrections
            501 South Calhoun Street
            Tallahassee, FL 32399-2500
            (850) 717-3207 (Telephone)
            (850) 922-4355 (Facsimile)
            Adam.Wright@fdc.myflorida.com

---

[1] The Department is filing this notice to respond to the court's order. The Department, by filing this notice, is not filing a notice of appearance on behalf of any Defendant.



1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **DEPARTMENT OF CORRECTIONS' NOTICE TO COURT REGARDING SERVICE OF PROCESS FOR DEFENDANT** has been furnished by U.S. Mail to Joshua Jacques Bowens, DC# R38019, Florida State Prison, P.O. Box 800, Raiford, Florida 32083, this 19th day of May, 2022.

/s/ Adam D.G. Wright
ADAM D.G. WRIGHT
Assistant General Counsel

Office of the General Counsel
Florida Department of Corrections
501 South Calhoun Street
Tallahassee, Florida 32399-2500

United States Courthouse
Office of the Clerk
One N Palafox St., Ste. 226
Pensacola, Florida 32502

FIRST CLASS



US POSTAGE
ZIP 32399
02 4W
0000365139 MAY 19 2022
$ 000.53°