IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA BOWENS,

    Plaintiff,

                                  Case No. 3:22cv3003-LC-HTC

OFFICER GREENE, et al.,

    Defendants.

_____/

## DEFENDANT OLIVER'S ANSWER, AFFIRMATIVE DEFENSE, AND DEMAND FOR JURY TRIAL

Defendant JAMES OLIVER hereby answers Plaintiff's Complaint [Doc. 1], as follows:

II. D. Basis of Jurisdiction:

1. Denied.

2. Admitted that Greene acted 'under color of law.' Remaining allegations are Denied.

3. Admitted that Oliver acted 'under color of law.' Remaining allegations are Denied.

4. Admitted that Perkins acted 'under color of law.' Remaining allegations are Denied.

7

5. Denied.

IV. B. Statement of Case:[1]

   1. Denied.

   2. Denied.

   3. Denied.

   4. Denied.

   5. Denied.

   6. (a) Admitted.

     (b) Denied.

     © Denied.

     (d) Denied.

     (e) Denied.

     (f) Denied.

     (g) Denied.

     (h) Denied.

     (i) Denied.

---

[1] Plaintiff's 'Statement of Case ( Doc. 1, pgs. 9-11; Section IV. B) contains one lengthy narrative, not broken down into numbered paragraphs. In order to file a comprehensible Answer to this part, counsel has previously numbered the narrative into separate paragraphs, as demonstrated in the annotated Complaint, already filed as Doc. 19-1 as an attachment to the other Defendants' Answer. Defendant Oliver refers to said document as already filed, and will not refile same as an attachment to his Answer herein.

7

(j) Denied.

(k) Denied.

(l) Denied.

(m) Denied.

(n) Denied.

(o) Denied.

(p) Denied.

(q) Denied.

( r) Without knowledge.

(s) Denied.

(t) Denied.

(u) Without knowledge.

(v) Without knowledge.

(w) Without knowledge.

(x) Without knowledge.

Statement of Facts:

1. Denied.

2. Without knowledge.

3. Without knowledge.

4. Without knowledge.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

VI. Relief:

Denied that Plaintiff is entitled to compensatory or punitive damages, costs, or any other relief whatsoever in this cause.

## AFFIRMATIVE DEFENSE

At all times material hereto, Defendant Oliver acted reasonably within his discretionary authority and in accordance with undisputed existing constitutional, statutory, and case law. Accordingly, Defendant Oliver is entitled to qualified

7

immunity from monetary damage liability herein.

## DEMAND FOR JURY TRIAL

Defendant Oliver hereby demands trial by jury of all matters triable as a matter of right by jury.

ASHLEY MOODY
ATTORNEY GENERAL

/s/ *Joe Belitzky*
Joe Belitzky (Fla. Bar No. 217301)
Senior Assistant Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: 850-414-3300
Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Aug. 30, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF, and furnished a copy by United States Mail to . Joshua Jacques Bowens #R38019, Florida State Prison, P.O. Box 800, Raiford, FL 32083.

/s/ *Joe Belitzky*
Joe Belitzky