UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA JACQUES BOWENS
   PLAINTIFF,

V.                         CASE No. 3:22cv-3003-LC-HTC

OFFICER GREENE, et al.,
   DEFENDANTS.

Legal Mail
Provided to Florida State Prison on 9/27/22 for mailing by [signature]

## Motion To Compel

COMES NOW, The plaintiff JOSHUA JACQUES BOWENS ASK THIS HONORABLE COURTS TO COMPEL THE DEFENDANTS ATTORNEY AS WELL AS THE ATTORNEY GENERAL OFFICE TO PRODUCE EVERY DOCUMENT UPON PLAINTIFF REQUEST FOR THE PURPOSE OF A JURY TRIAL.

I WAS PULLED OUT OF MY CELL TODAY (9/25/22) AT 1:00 PM TO REVIEW ALL DOCUMENTS/EVIDENCE UPON MY REQUEST. WHEN I GET IN THE ADMINISTRATIVE BUILDING TO REVIEW MY DOCUMENTS/EVIDENCE THE FOLLOWING DOCUMENTS WASN'T ON THE DISK:

① THE INCIDENT REPORT AND DISCIPLINARY REPORT THAT WAS WRITTEN AGAINST AFRED HAWKINS FOR SPOKEN THREAT ON 8/26/20.

② THE WING FIXED VIDEO FROM 8/26/20 AND 8/28/20.

③ THE USE OF FORCE CAMERA

(1)

I wasn't able to review any of the evidence on the disks do to some mild misfunctions with it... I was told that the disk would be returned to the defendants attorney generals office to be fixed then returned so I'll have an equal oppertunity 2 review my evidence/documents for trial.

The defendants attorney and the attorney general office are withholding evidence/documents from plantiff as a means to cover up the wrongdoing of the mentioned defendants in this cause.

This motion to compel is written in good faith...

Under penaltys of purjury plantiff declare that the facts inside the body of this motion are true, and prays this Honorable Court grant his motion.

### Certificate of Service

I hereby certify that on Sept. 26, 2022, I furnished a copy of the foregoing motion by U.S. Mail to the United States Magistrate Judge, US District Court 100 North Palafox Street Pensacola, FL 32502.

X [signature] #R38019
Joshua Bowens #R38019
Florida State Prison
P.O. Box 800
Raiford, FL. 32083

(2)

Joshua Bowens #R38019
Florida State Prison
P.O. Box 800
Raiford Fl. 32083

( Legal Mail )

( Legal Mail )

( Legal Mail )

Mailed From A State Correctional Institution



US POSTAGE and PITNEY BOWES
ZIP 32083
02 4W
0000385900 SEP 28 2022
$ 000.57⁰

US District Court
100 North Palafox Street
Pensacola, FL 32502

3250234569 0003

Legal Mail
Provided to Florida State Prison on
9/27/22 for mailing by