UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA JACQUES BOWENS,

    Plaintiff,

v.                                       Case No. 3:22cv3003-LC-HTC

OFFICER GREENE,
OFFICER OLIVER,
OFFICER PERKINS,

    Defendants.
_____/

## ORDER

Plaintiff has filed a motion to compel discovery. ECF Doc. 23. Plaintiff complains of information that was not produced by Defendants and an inability to review video evidence because of a malfunction with the video. *Id.* The motion does not contain a certification from Plaintiff that he "'has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery' in an effort to avoid judicial intervention" as required by this Court's Scheduling Order, ECF Doc. 20 ¶4.b. (quoting Fed. R. Civ. P. 37(a)(1)). The Order specifically warned Plaintiff, "This requirement applies to both represented and unrepresented parties. A motion which does not include a certificate of conference may be DENIED as procedurally deficient." *Id.* Therefore, the motion is denied without prejudice to Plaintiff refiling after he attempts to confer with Defendants.

Accordingly, it is ORDERED:

Plaintiff's motion to compel, ECF Doc. 23 is DENIED.

DONE AND ORDERED this 3rd day of October, 2022.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**