UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA JACQUES BOWENS,

    Plaintiff,

v.                                            Case No. 3:22cv3003-LC-HTC

OFFICER SHAUNDERRICK GREENE,

    Defendant.
_____/

# **ORDER**

    The magistrate judge issued a Report and Recommendation on August 16, 2023 (ECF No. 55), recommending Defendant's motion for summary judgment be granted in part and denied in part.  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (ECF No. 55) is adopted and incorporated by reference in this order.

2.	Defendant's motion for summary judgment (ECF No. 47) is DENIED as to Plaintiff's failure to protect claim and GRANTED as to Plaintiff's failure to intervene claim.

3.	This matter is referred to the assigned magistrate judge for further pretrial proceedings on Plaintiff's individual capacity Eighth Amendment failure to protect claim against Defendant Greene.

**DONE AND ORDERED** this 14th day of September, 2023.


*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**