IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSHUA BOWENS**
**DOC # R38019**,

    Plaintiff,

v.                                     Case No. 3:22-cv-3003-LC/HTC

**OFFICER GREENE, ET AL.**,

    Defendants.

_____/

## DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EXHIBIT AND WITNESS LISTS

    **Greene** ("Defendant"), by and through undersigned counsel, hereby state their Objections to Plaintiff's Exhibit and Witness Lists pursuant to Federal Rule of Civil Procedure 26(a)(3)(B). As grounds, Defendant states:

1. Defendant objects to Plaintiff's Exhibit 2 which is labeled as "Photographs of scene, Hawkins, and Bowens." Defendant has not been provided with this evidence and object to whether the purported photographs are fair and accurate representations of the described subjects.

2. Defendant objects to Plaintiff's Exhibit 4 which is listed as "IM70, Inmate Compatibility Chart." Defendant has not been provided with this evidence and cannot meaningfully provide additional objections.

3. Defendant objects to Plaintiff's Exhibit 5 which is listed as "Santa Rosa, F-Dorm Logs." Defendant does not have this exhibit and does not know what is being referenced in the exhibit. Defendant may withdraw this objection if clarification can be provided as to what this exhibit may be.

4. Defendant objects to Plaintiff's Exhibit 8 which is listed as "Sgt. Greene personnel and disciplinary records." Defendant does not have this exhibit and the described evidence is likely not relevant, includes hearsay, is likely more prejudicial than it is probative, and may be used for an improper purpose under the Federal Rules.

5. Defendant objects to Plaintiff's Exhibit 10 which is listed as "Hawkins mental health records." Defendant does not have this exhibit and objects to the document as being irrelevant and likely including hearsay.

6. Defendant objects to Plaintiff's first listed witness, Lee Frank Adams, DC# K87485, as his testimony appears to be exclusively on hearsay. Mr. Adams' deposition was taken during Discovery in this case, and any knowledge he has of this case is based on hearsay or double hearsay. *See* (Defendant's Exhibit A).

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capital, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850)414-3300
Facsimile: (850)488-4872

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Defendant's Objections to Plaintiff's Exhibit and Witness Lists* was electronically filed and served on Plaintiff's counsel of record using CM/ECF on October 28, 2023.

/s Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829

3